

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Lance L. Milne |
| Firm: | Dewsnup King Olsen Worel Havas & Mortensen |
| Address: | 36 South State Street, Suite 2400 |
| | Salt Lake City, UT  84111 |
| | |
| Telephone: | (801) 533-0400 |
| Email: | lmilne@dkowlaw.com |
| | |
| Pro Hac Vice Applicant: | Bobby W. Braxton |
| Firm: | Braxton Perrone, PLLC |
| Address: | 5000 Legacy Drive, Suite 465 |
| | Plano, Texas 75024 |
| | |
| Telephone: | 469-814-0032 |
| Email: | braxton@braxtonperrone.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Texas State Bar | 24059484 | 2007 |
| U.S. District Court, ND Texas | | 2009 |
| U.S. District Court, ED Texas | | 2009 |
| | | |
| | | |
| | | |

1

| | | |
|---|---|---|
| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|---|
|   |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

_____/Bobby W. Braxton/_____    \_\_10/15/2020_____
Signature                                                                                Date